IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Fifth Third Bank, National Association

    Plaintiff,

v.

Luke Wagner and Terry Wagner,

    Defendants.

Case No. 3:21-cv-192

## DEFAULT JUDGMENT

This matter is before the Court for Fifth Third Bank, National Association's ("Fifth Third") Motion for Entry of Judgment by Default Pursuant to Fed. R. Civ. P. 55 (the "Motion"). With due notice having been given, and with counsel for Fifth Third present, and no defendant present, and with a default having previously been entered against Luke Wagner and Terry Wagner [Dkt. 8], and with the Motion being properly supported, judgment is hereby entered against Luke Wagner and Terry Wagner, jointly and severally, as follows:

| | |
|---|---|
| Principal: | $598,557.38 |
| Accrued interest: | $58,140.85 |
| Fees: | $5,124.72 |
| Reasonable attorneys' Fees and costs: | $5,248.80 |
| **Total:** | **$667,071.75** |

Interest shall accrue on the foregoing unpaid amount in accordance with 28 U.S.C. 1961.

Dated: June 15, 2021

_____
Chief U.S. District, Judge James D. Peterson

_____
Clerk of Court, Peter Oppeneer